JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOLITA ALEKSANIAN, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>NATIONAL CREDIT ADJUSTERS L.L.C.,<br><br>        Defendant | Case No.: CV 18-4481-DMG (AGRx)<br><br>**ORDER RE DISMISSAL OF ACTION [18]** |

IT IS HEREBY ORDERED that, pursuant to the parties' Stipulation, this matter is dismissed with prejudice as to Plaintiff's individual claims and without prejudice as to the putative Class, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties shall bear their own respective costs and attorneys' fees. All scheduled dates and deadlines are VACATED.

DATED: December 17, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE